

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00774-CR

Melvin Theodore **DUDLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR10886
Honorable Kristina Escalona, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 4, 2024.

Liza A. Rodriguez, Justice